IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUSTIN LEVI TURNER,

        Plaintiff,                    No. CIV S-07-1423 WBS GGH P

    vs.

SGT. PETERSON,

        Defendant.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. The court received a filing from a third party on 12/05/07 (docket entry # 11), expressing concern for plaintiff's safety. Service of this action upon the sole defendant, Sgt. Peterson, was ordered on 11/01/07 (docket entry # 10); no waiver of service has yet been filed in this action.

        Accordingly, IT IS ORDERED that:

        1. The Clerk of the Court is directed to serve this order on Supervising Deputy Attorney General Steve Acquisto, 1300 I Street, Sacramento, California, 94244-2550; and

        2. The attention of the state Attorney General's Office is directed to docket entry # 11, for review and evaluation.

DATED: 12/13/07                              /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009/turn1423.ord