IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUSTIN LEVI TURNER,

    Plaintiff,   No. CIV S-07-1423 WBS GGH P

    vs.

SGT. PETERSON,

    Defendant.   <u>ORDER</u>

_____/

On December 18, 2007, plaintiff filed a request for a continuance (or an extension of time) until April 20, 2008, to file any documents in this action.[1]  Plaintiff states that he is to be "released from custody" on February 20, 2008.[2]  A review of court records does not indicate any pending deadlines by which plaintiff need reply.  Accordingly, IT IS ORDERED that plaintiff's December 18, 2007, request is denied.

DATED: 02/04/08   /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/turn1423.dny

---

[1] Plaintiff states that he is currently in administrative segregation as a form of retaliation in part as a result of this lawsuit.  His extremely abbreviated filing, however, provides no substantive information to support his allegation.

[2] It is unclear whether plaintiff is intending to state that he will be released from ad seg on that date or that he is to be paroled at that time.